IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| AMIR HOSSEIN MAHDEJIAN<br><br>*Petitioner,*<br><br>v.<br><br>BRET BRADFORD**,** *in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations, Houston Field Office;* ALEXANDER SANCHEZ, *in his official capacity as Facility Administrator of IAH Secure Adult Detention Facility;* and KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*<br><br>*Respondents*. | CIVIL ACTION NO. 9:25-CV-00191<br>JUDGE MICHAEL J. TRUNCALE |

### ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS AND EXTENDING TEMPORARY RESTRAINING ORDER

The Court, having reviewed Respondents' Joint Motion to Extend Stay [Dkt. 25], concludes that the motion is meritorious due to problems obtaining travel documents necessary for Petitioner's removal to another country. The Parties have agreed to the extension pursuant to Federal Rule of Civil Procedure 65(b)(2). *Id.* at 3. It is hereby **GRANTED**. It is therefore **ORDERED** that this case and all pending deadlines are **STAYED**.

It is further **ORDERED** that the prior Temporary Restraining Order shall be **MODIFIED** and **EXTENDED** for 30 days following its expiration date of September 15, 2025—thereby having a final expiration date of October 15, 2025. It is therefore **ORDERED** that the Respondents and all of their officers, agents, servants, employees, attorneys, successors, assigns, and persons acting in concert of participation with them shall be:

1. Restrained from transferring the Petitioner out of this judicial district, unless it is to facilitate the removal to a third county;

2. Restrained from removing the Petitioner from the United States to any third country without notice and a meaningful opportunity to establish that his life or freedom would be threatened in the third country to which Respondents intend to remove Petitioner;

3. This case, all hearings and pending deadlines are **STAYED** for 30 days through **October 15, 2025**; and

4. The Parties shall provide the Court with an update regarding the status of removal proceedings by **October 15, 2025.**

Any questions regarding this hearing should be directed to Judge Stetson's chambers at 300 Willow Street, Suite 234, Beaumont, Texas 77701, telephone number (409) 654-2845.

**SIGNED this 16th day of September, 2025.**

Michael J. Truncale
United States District Judge