IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| AMIR HOSSEIN MAHDEJIAN § | |
| *Petitioner* § | |
| § | |
| *versus* § | CASE NUMBER 9:25-cv-191 |
| § | |
| BRETT BRADFORD, *in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations, Houston Field Office* § § § § § § | |
| § | |
| ALEXANDER SANCHEZ, *in his official capacity as Facility Administrator of the IAH Secure Adult Detention Facility* § § § | |
| § | |
| KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security* § § § § | |
| *Respondents.* § | |

# ORDER

A status conference is scheduled for **October 14, 2025, at 3:00 p.m.**, in Courtroom No. 4, Jack Brooks Federal Bldg., 300 Willow, Beaumont, Texas.

The court is of the opinion that **Amir Hossein Mahdejian** presence is necessary at the hearing and that good cause exists for the issuance of a Writ of Habeas Corpus Ad Testificandum. It is hereby

**ORDERED** and **DIRECTED** that the Clerk of Court issue and the United States Marshal for the Eastern District of Texas serve a Writ of Habeas Corpus Ad Testificandum to Bret Bradford, Director of the Houston Field Office of U.S. Immigration and Customs Enforcement, 126 Northpoint Drive, Houston, Texas 77060 and to Alexander Sanchez, Facility Administrator, IAH Secure Adult Detention Facility – ICE, 3400 FM 350 South, Livingston, Texas 77351, directing

and commanding said officers, or either of them, to bring and produce the body of **Amir Hossein Mahdejian** currently detained at IAH Secure Adult Detention Facility, before the United States District Court sitting in Beaumont, Texas, on the date set out above, by delivering the said person to the custody of the United States Marshal for the Eastern District of Texas, on or before the date set out above. It is further,

**ORDERED** that the United States Marshal for the Eastern District of Texas, or his authorized agents, take custody of the plaintiff on the date here in above set out and produce the witness before this court, and each day thereafter, until the proceedings herein are concluded. It is further,

**ORDERED** that the Clerk of Court shall furnish all parties with a copy of this Order. Additionally, the Clerk shall furnish copies, as needed, to the United States Marshal for the Eastern District of Texas and to Bret Bradford, Director of the Houston Field Office of U.S. Immigration and Customs Enforcement, 126 Northpoint Drive, Houston, Texas 77060 and to Alexander Sanchez, Facility Administrator, IAH Secure Adult Detention Facility – ICE, 3400 FM 350 South, Livingston, Texas 77351.

**SIGNED this the 17th day of September, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE