IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| AMIR HOSSEIN MAHDEJIAN<br><br>*Petitioner*,<br><br>v.<br><br>BRET BRADFORD**,** *in his official capacity as Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations, Houston Field Office;* ALEXANDER SANCHEZ, *in his official capacity as Facility Administrator of IAH Secure Adult Detention Facility;* and KRISTI NOEM, *in her official capacity as Secretary, U.S. Department of Homeland Security*<br><br>*Respondents*. | CIVIL ACTION NO. 9:25-CV-00191<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER EXTENDING TEMPORARY RESTRAINING ORDER

By agreement of the Parties, the Court hereby extends the Temporary Restraining Order previously entered in this matter.

Accordingly, it is **ORDERED** that the prior Temporary Restraining Order shall be **EXTENDED** with an expiration date of October 22, 2025 at 10:00 A.M. CST.

**SIGNED this 15th day of October, 2025.**

*/s/ Michael J. Truncale*
Michael J. Truncale
United States District Judge