IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| AMIR HOSSEIN MAHDEJIAN, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> BRET BRADFORD, IN HIS OFFICIAL § <br> CAPACITY AS FIELD OFFICE DIRECTOR § <br> OF THE IMMIGRATION AND CUSTOMS § <br> ENFORCEMENT, ENFORCEMENT AND § <br> REMOVAL OPERATIONS, HOUSTON § <br> FIELD OFFICE; ALEXANDER SANCHEZ, § <br> IN HIS OFFICIAL CAPACITY AS § <br> FACILITY ADMINISTRATOR OF THE § <br> IAH SECURE ADULT DETENTION § <br> FACILITY; AND KRISTI NOEM, IN HER § <br> OFFICIAL CAPACITY AS SECRETARY, § <br> U.S. DEPARTMENT OF HOMELAND § <br> SECURITY, § <br> § <br> Respondents. § | CIVIL ACTION NO. 9:25-CV-00191-MJT |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This case was referred to United States Magistrate Judge Christine L. Stetson pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case. In accordance with that referral, on October 23, 2025, Magistrate Judge Stetson signed a Report and Recommendation [dkt. 37] on the Petitioner's Motion for Immediate Release. That Report was entered on the docket on October 24, 2025.[1] On November 7, 2025, the Respondents filed objections to that report [dkt. 38]. Petitioner also filed a response to these objections [dkt. 39].

---

[1] Rule 72 requires objections to be filed within 14 days after *being served* with a copy of the report and recommendation. FED. R. CIV. P. 72(b)(2). As such, the filed objections are timely in this case.

The Court has considered the Report and Recommendation and the Respondent's objections, along with the record, pleadings and all available evidence.

After careful consideration of Respondent's objections, the Court is of the opinion that they fail to set forth a meritorious ground. The objections attempt to re-hash the arguments and evidence in this case. They discuss when the beginning of the six-month period starts and the burdens of proof/persuasion in this case as previously addressed in the parties' original briefing.

Consequently, after conducting a de novo review in relation to the pleadings, briefs, and the applicable law, the Court finds the objections are without merit and should be overruled. The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct. Accordingly, the Report and Recommendation of the United States Magistrate Judge is ADOPTED, and the Court GRANTS the Petitioner's Motion for Immediate Release pursuant to 28 U.S.C. § 2241. Respondents are ORDERED to release Petitioner subject to an order of supervision in accordance with 8 C.F.R. § 241.5. The court further ORDERS that Respondent's Motion to Dismiss or Stay this case pending resolution of the *DVD* class action case be DENIED.

A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 20th day of November, 2025.**

Michael J. Truncale
United States District Judge