IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| AMIR HOSSEIN MAHDEJIAN, § <br> § <br> Petitioner, § <br> § <br> v. § <br> § <br> BRET BRADFORD, IN HIS OFFICIAL § <br> CAPACITY AS FIELD OFFICE DIRECTOR § <br> OF THE IMMIGRATION AND CUSTOMS § <br> ENFORCEMENT, ENFORCEMENT AND § <br> REMOVAL OPERATIONS, HOUSTON § <br> FIELD OFFICE; ALEXANDER SANCHEZ, § <br> IN HIS OFFICIAL CAPACITY AS § <br> FACILITY ADMINISTRATOR OF THE § <br> IAH SECURE ADULT DETENTION § <br> FACILITY; AND KRISTI NOEM, IN HER § <br> OFFICIAL CAPACITY AS SECRETARY, § <br> U.S. DEPARTMENT OF HOMELAND § <br> SECURITY, § <br> § <br> Respondents. § | CIVIL ACTION NO. 9:25-CV-00191-MJT |

**FINAL JUDGMENT**

For reasons expressed in the accompanying Order Adopting the Report and Recommendation of the United States Magistrate Judge, it is

CONSIDERED, ORDERED, and ADJUDGED that the Petitioner's Motion for Immediate Release pursuant to 28 U.S.C. § 2241 in the above-captioned matter is GRANTED. The Respondents are ordered to release the Petitioner immediately on supervised release pursuant the same supervised release conditions previously imposed in accordance with 8 C.F.R. § 241.5.

The clerk is directed to close this case. It is so ORDERED.

**SIGNED this 20th day of November, 2025.**

_____
Michael J. Truncale
United States District Judge